UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES K. KEETON,

    Plaintiff,

    v.

AMERICAN HOME MORTGAGE SERVICES, et al.,

    Defendants.

No. C 13-0428 PJH

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter having failed to appear at the May 8, 2013 hearing on defendant Working Dirt LLC's motion to dismiss, and having failed to file an amended complaint in response to the court's dismissal order issued on May 8, 2013,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held on **June 27, 2013**. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 7, 2013

                                        PHYLLIS J. HAMILTON
                                        United States District Judge