1

2

3                          UNITED STATES DISTRICT COURT

4                       NORTHERN DISTRICT OF CALIFORNIA

5

6   JAMES K. KEETON,

7                  Plaintiff(s),                    No. C 13-0428 PJH

8        v.                                         **ORDER OF DISMISSAL FOR
                                                    FAILURE TO PROSECUTE**
9
    AMERICAN HOME MORTGAGE
10  SERVICES, et al.,

11                 Defendant(s).
    _____/
12

13        Plaintiff filed a complaint in this matter on January 30, 2013, and on April 1, 2013,

14  defendant, Working Dirt LLC, the only served defendant, filed a motion to dismiss the

15  complaint noticed for hearing on May 8, 2013.  Plaintiff did not oppose the motion and did

16  not appear at the hearing and the motion was granted by order filed on May 8, 2013.  In the

17  order, the court identified the defects in the complaint and noted the probable absence of

18  federal subject matter jurisdiction.  Even though he had not requested it, plaintiff was

19  granted leave to amend the complaint by May 30, 2013.  Additionally, plaintiff was advised

20  that the unserved defendants had to be served by May 30, 2013 and he was warned that a

21  failure to serve them would result in a dismissal of them for failure to serve under Fed. R.

22  Civ. P. 4(m).  Plaintiff then failed to file an amended complaint and failed to serve the

23  unserved defendants by the May 30, 2013 deadline.  Accordingly, on June 7, 2013 the

24  court issued an Order to Show Cause ("OSC") why the complaint should not be dismissed

25  for failure to prosecute, set a hearing on the OSC for June 27, 2013, and warned plaintiff

26  that the case would be dismissed if he failed to appear.  He did not appear at the hearing

27  on the OSC.

28        The court having considered the five factors set forth in *Malone v. United States*

1

1   *Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987), and having determined that

2   notwithstanding the public policy favoring the disposition of actions on their merits, the

3   court's need to manage its docket and the public interest in the expeditious resolution of the

4   litigation require dismissal of this action.  In view of plaintiff's lack of response to this court's

5   prior orders, the court finds there is no appropriate less drastic sanction.  Accordingly, this

6   action is dismissed with prejudice pursuant to Fed. R. Civ. pro. 41(b) for plaintiff's failure to

7   prosecute.

8         SO ORDERED.

9   Dated:  June 28, 2013

10  _____
    PHYLLIS J. HAMILTON
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28